UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-91-1M(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| EDWARD LACY ) | |

The Grand Jury charges that:

On or about February 14, 2019, in the Eastern District of North Carolina, the defendant, EDWARD LACY, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[The remainder of this page intentionally left blank.]

1

## FORFEITURE NOTICE

The defendant is given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense set forth in the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in a knowing commission of the said offense(s).

The forfeitable property includes, but is not limited to:

(1)  a Taurus, Model PT24/7 G2C, 9mm handgun, bearing serial number TLN37223; and

(2)  all associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third person;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be subdivided without difficulty,

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

5/19/2020
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: JOHN A. PARRIS
Assistant United States Attorney